# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| STAGE 3 SEPARATION, LLC, | ) |
| Plaintiff, | ) DOCKET NO. 4:17-cv-3787 |
| v. | ) |
| SCOTT RHONEY, | ) |
| Defendant. | ) |

## NOTICE OF SUPPLEMENTATION OF STAGE 3 SEPARATION, LL'S PETITION FOR ATTORNEYS' FEES AND COSTS

Pursuant to the Court's instruction at the March 28, 2018 hearing held in this matter, Stage 3 Separation, LLC hereby supplements its Petition for Attorneys' Fees and Costs [Doc. No. 61], previously filed on March 28, 2018, with the attached "Declaration of Annette A. Idalski In Support of Stage 3 Separation, LLC's Petition for Attorneys' Fees and Costs" and exhibits thereto.

Respectfully submitted this 30th day of March, 2018.

        **CHAMBERLAIN HRDLICKA**
        **WHITE WILLIAMS & AUGHTRY**

    By: *s/ Annette A. Idalski*
        Annette A. Idalski
        Texas Bar No. 00793235
        Federal I.D. No. 1130754
        Peter N. Hall
        Admitted *pro hac vice*
        191 Peachtree Street, N.E., 46th floor
        Atlanta, GA 30303-1747
        Telephone: (404) 658-5386

## CERTIFICATE OF SERVICE

This is to certify that on March 30, 2018, I electronically filed the foregoing **Notice of Supplementation of Stage 3 Separation, LLC's Petition for Attorneys' Fees and Costs** through the Court's CM/ECF system which will send a notice of electronic filing to counsel of record, as follows:

> Scott Newar
> 3700 Buffalo Speedway, Suite 300
> Houston, Texas 77098
> (713) 226-7950
> (713) 226-7181 (Fax)
> Newar@newarlaw.com

          **CHAMBERLAIN HRDLICKA**
          **WHITE WILLIAMS & AUGHTRY**

By: *s/ Annette A. Idalski*
     Annette A. Idalski
     Texas Bar No. 00793235
     Federal I.D. No. 1130754

140756.000008

2807231.1
140756.000008