**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| STAGE 3 SEPARATION, LLC, | ) |
| | ) |
| Plaintiff, | ) DOCKET NO. 4:17-cv-3787 |
| | ) |
| v. | ) |
| | ) |
| SCOTT RHONEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| ———————————————— | ) |

**DECLARATION OF ANNETTE A. IDALSKI**
**IN SUPPORT OF STAGE 3 SEPARATION, LLC'S**
**PETITION FOR ATTORNEYS' FEES AND COSTS**

I, ANNETTE A. IDALSKI, pursuant to 28 U.S.C. § 1746, hereby affirm that I am over 18 years of age and am competent to make the following Declaration.

1.      My name is Annette A. Idalski, I am over the age of 18 years and am competent in all respects to testify regarding the matter set forth herein.  I give this declaration voluntarily and in support of Stage 3 Separation, LLC's Petition for Attorneys' Fees and Costs (the "**Motion**"), which was previously filed on March 28, 2018.

2.      I am the duly authorized attorney for Plaintiff, Stage 3 Separation, LLC. I am licensed to practice law in Texas and Georgia. I was admitted to the Texas State Bar in November 1995 and was admitted to the Georgia State Bar in May 1996.

3.      As a Texas lawyer who routinely practices in the Southern and Western Districts of Texas, I have personal knowledge of the rates charged by partners and associates in Houston, Texas who practice in the area of labor and employment. In comparison to our peers at similar-

1

sized firms, our rates are the same or lower. I have personal knowledge of the attorneys' fees and costs expended with respect to the matters more fully set forth in this Declaration. As the Shareholder in charge, I have reviewed all billing statements and time spent on this action by all of the lawyers who worked on this contempt proceeding.

4.      I am a Shareholder at the law firm of Chamberlain, Hrdlicka, White, Williams and Aughtry and Chair of the Labor and Employment practice group. I have more than 20 years of experience in the area of labor and employment law, including significant experience representing companies against employees who have breached contractual agreements, stolen from the company, and violated restrictive covenants. My hourly rate is $425.00 per hour, which is fair and reasonable in light of my skill, knowledge, and experience.

5.      Peter Hall is a Shareholder with more than 13 years of experience in litigating employment law cases, including significant experience representing companies against employees who have breached contractual agreements, stolen from the company, and violated restrictive covenants.  Mr. Hall's hourly rate is $375.00 per hour, which is fair and reasonable in light of his skill, knowledge, and experience. Mr. Hall assisted me in this matter. My associate, Kelli Church, has two years' experience in labor and employment litigation. Ms. Church is billed at an hourly rate of $270.00. Ms. Church's rate is reasonable in light of her skill, knowledge, and experience.[1]

6.      Mr. Hall and I personally supervised and directed Ms. Church in connection with her work on this matter and I personally review her time entries, as her supervisor. I also personally reviewed all invoices addressing this contempt matter.

---

[1] These hourly rates are also reasonable considering the prevailing market rate in the relevant community as evidenced by attorneys' fees awards in similar cases. *Grimm v. Moore*, No. 4:14cv329, 2015 WL 4776077, at *2 (E.D. Tex. Aug. 11, 2015); *Olibas v. Native Oilfield Servs.*, 104 F. Supp. 3d 791, 810 (N.D. Tex. 2015); *Watkins v. Input/Output, Inc.*, 531 F. Supp. 2d 777, 783–84 (S.D. Tex. 2007).

7.     Mr. Hall and I devoted a substantial amount of time to this case, such that our attention was diverted away from other matters.

8.     Plaintiff incurred attorneys' fees in the amount of **$41,801.50** in connection with investigating and seeking sanctions for Mr. Rhoney's contempt. A true and correct copy of documentation evidencing Plaintiff's attorneys' fees in connection with Mr. Rhoney's contempt is attached hereto as **Exhibit A**.

9.     Plaintiff incurred costs in the amount of **$4,409.38** for litigation costs, including transportation, airfare, hotel, and transcript costs in connection with investigating and seeking sanctions Mr. Rhoney's contempt. A true and correct copy of documentation evidencing Plaintiff's costs in connection with Mr. Rhoney's contempt is attached hereto as **Exhibit B**.

10.    Plaintiff incurred costs in the amount of **$12,855.70** for forensic examination costs and testimony regarding in connection with investigating and prosecuting Mr. Rhoney's contempt. A true and correct copy of documentation evidencing Plaintiff's costs in connection with forensic examination is attached hereto as **Exhibit C**.  Only those costs highlighted in yellow on Exhibit C are associated with the contempt, and comprise the $12,855.70 referenced in the first sentence of this paragraph.

11.    In sum, the total costs and attorneys' fees incurred by Plaintiff in connection with this contempt proceeding equal **$59,066.58**.

12.    This declaration was prepared based upon the actual invoices delivered to and paid by Plaintiff in connection with this case, as well as the actual invoices to be delivered to and paid by Plaintiff.

13.    Each item claimed herein is correct and each item was necessarily incurred in this case.  Services for which fees have been charged and claimed as an item of costs were actually

and necessarily performed.

I declare under penalty of perjury that the foregoing is true and correct.

This 30th day of March, 2018.

By: _s/ Annette A. Idalski_____
Annette A. Idalski

*Counsel for Plaintiff*

# Exhibit A



CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

January 31, 2018
Invoice # 1694988
Annette A Idalski

Stage 3 Separation, LLC
Attn: Fred Lausen
2000 Silber Road
Houston, TX 77055

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending
January 15, 2018:

**Client.Matter: 140756 - 000006**

RE:  Scott Roney v. Stage 3 Separation



CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

Client.Matter: 140756 - 000006

January 31, 2018
Invoice #:  1694988
Annette A Idalski

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | | | |
| | | | | |
| | | | | |
| 12/28/17 | AAI | Telephone conference | 1.50 | 637.50 |
| | | | | |
| 12/28/17 | KNC | Strategy conference with P. Hall | .40 | 94.00 |
| 12/28/17 | KNC | Prepare Motion for Contempt. | 4.40 | 1,034.00 |
| | | | | |
| 12/28/17 | KNC | Review motion for contempt. | .30 | 70.50 |
| 12/28/17 | PNH | ; strategy conference with K. Church | 1.10 | 412.50 |
| | | | | |
| 12/29/17 | PNH | Review and revise Motion for Contempt Sanctions. | .20 | 75.00 |
| | | | | |

4

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

Client.Matter: 140756 - 000006

January 31, 2018
Invoice #: 1694988
Annette A Idalski

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/02/18 | KNC | Prepare █ | .50 | 117.50 |
| █ | █ | | █ | █ |
| | | | | |
| █ | █ | | █ | █ |
| 1/03/18 | KNC | Call █ | .60 | 141.00 |
| 1/03/18 | KNC | Review Motion for Contempt and Motion for Sanctions. | .60 | 141.00 |
| 1/03/18 | KNC | Call █ | .30 | 70.50 |
| 1/03/18 | KNC | Strategy conference █ | .60 | 141.00 |
| █ | █ | | █ | █ |
| 1/04/18 | KNC | Strategy conferences with P. Hall regarding revisions to Motion for Contempt. | .40 | 94.00 |
| █ | █ | | █ | █ |
| 1/04/18 | KNC | Legal research █ | .80 | 188.00 |
| 1/04/18 | KNC | Revise Motion for Contempt █ | 1.50 | 352.50 |
| 1/05/18 | AAI | Revise and add to Brief in Support of Motion for Sanctions. | 1.50 | 637.50 |
| 1/05/18 | KNC | Prepare exhibits for Motion for Contempt. | .90 | 211.50 |
| 1/05/18 | KNC | Finalize and file Motion for Contempt. | .90 | 211.50 |
| 1/05/18 | KNC | Call to case manager regarding Emergency Motion for Contempt. | .30 | 70.50 |
| █ | █ | | █ | █ |
| 1/05/18 | PNH | Review and revise Emergency Motion for Civil and Criminal Contempt; contact Court and opposing counsel regarding Emergency Motion for Contempt; █ | 1.70 | 637.50 |
| 1/08/18 | KNC | Status and strategy conference with A. Idalski and P. Hall regarding Motion for Contempt █ | .50 | 117.50 |

5

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

Client.Matter: 140756 - 000006

January 31, 2018
Invoice #: 1694988
Annette A Idalski

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/08/18 | KNC | Call to court regarding Motion for Contempt. | .20 | 47.00 |
| | | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| | | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| | | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| | | ▮▮▮▮▮▮▮▮ | | |
| | | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 1/09/18 | KNC | Call with court to determine schedule for Motion for Contempt briefing and hearing. | .20 | 47.00 |
| | | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| | | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| | | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| | | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 1/10/18 | AAI | Review Rhoney's Response to Stage 3's Motion for Contempt and prepare ▮▮▮▮ | .50 | 212.50 |
| | | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 1/10/18 | KNC | Review Rhoney's Response to Motion for Contempt. | .40 | 94.00 |
| | | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| | | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| | | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 1/10/18 | KNC | Prepare Reply in Support of Motion for Contempt. | 3.60 | 846.00 |
| | | ▮▮▮▮▮▮▮▮ | ▮ | ▮ |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

Client.Matter: 140756 - 000006

January 31, 2018
Invoice #:  1694988
Annette A Idalski

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/11/18 | AAI | Strategy discussion with P. Hall regarding the Reply to the Motion for Contempt ▮ | .20 | 85.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | | ▮ | ▮ |
| 1/11/18 | KNC | Strategy conference with P. Hall regarding Reply in Support of Motion for Contempt. | .40 | 94.00 |
| 1/11/18 | KNC | Revise Reply in Support of Motion for Contempt based on comments from P. Hall. | 1.50 | 352.50 |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 1/11/18 | KNC | Revise Reply in Support of Motion for Contempt ▮ | .50 | 117.50 |
| 1/11/18 | PNH | Review and revise Reply in Support of Motion for Contempt sanctions; ▮ | 5.40 | 2,025.00 |
| 1/12/18 | AAI | Review and revise Reply to Motion for Contempt. | .50 | 212.50 |
| 1/12/18 | KNC | Strategy conference with P. Hall regarding Reply for Motion for Contempt ▮ | .40 | 94.00 |
| 1/12/18 | KNC | Finalize Reply in Support of Motion for Contempt. | .50 | 117.50 |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 1/12/18 | KNC | Finalize and file Reply in Support of Motion for Contempt. | 1.10 | 258.50 |
| 1/12/18 | PNH | Review and revise Reply in Support of Motion for Contempt and supporting declarations. | 2.60 | 975.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ |



CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

February 28, 2018
Invoice # 1700972
Annette A Idalski

Stage 3 Separation, LLC
Attn: Fred Lausen
2000 Silber Road
Houston, TX 77055

# INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending
February 15, 2018:

**Client.Matter: 140756 - 000008**

RE:  Contempt Motion



CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

Client.Matter: 140756 - 000008

February 28, 2018
Invoice #: 1700972
Annette A Idalski

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/15/18 | KNC | Status and strategy conference with A. Idalski and P. Hall | .70 | 189.00 |
| 1/15/18 | KNC | Prepare exhibits for hearing on Motion for Contempt. | 3.00 | 810.00 |
| 1/15/18 | PNH | Strategy conference with A. Idalski ▮▮▮ | .30 | 112.50 |
| ▮ | ▮ | ▮▮▮ | ▮ | ▮ |
| 1/16/18 | AAI | Strategy conference with P. Hall prior to telephone hearing on Motion for Contempt. | .60 | 255.00 |
| 1/16/18 | KNC | Call with court regarding motion for contempt. | .50 | 135.00 |
| 1/16/18 | KNC | Calls ▮▮▮ | .50 | 135.00 |
| 1/16/18 | KNC | Status and strategy conference with A. Idalski and P. Hall ▮▮▮ | .30 | 81.00 |
| 1/16/18 | PNH | Prepare for and present argument at telephone hearing on Motion for Contempt Sanctions; ▮▮▮ | 2.50 | 937.50 |
| ▮ | ▮ | ▮▮▮ | ▮ | ▮ |
| ▮ | ▮ | ▮▮▮ | ▮ | ▮ |
| ▮ | ▮ | ▮▮▮ | ▮ | ▮ |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

Client.Matter: 140756 - 000008

February 28, 2018
Invoice #:  1700972
Annette A Idalski

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | ████████ | | |
| ████ | ███ | ██████████████████ | ██ | ███ |
| | | ██████████████████ | | |
| | | ██████████████████ | | |
| | | ██████████████████ | | |
| | | ██████████████ | | |
| ████ | ███ | ████████████████████ | ██ | ███ |
| | | ██████████████████ | | |
| | | ██████████████████ | | |
| | | ██████████████████ | | |
| | | ████████ | | |
| 1/17/18 | PNH | Correspondence with opposing counsel; conferences with A. Idalski and M. Carlson ████████████ | .80 | 300.00 |
| 1/19/18 | PNH | Conference with M. Carlson ████████████ | .80 | 300.00 |
| 1/29/18 | KNC | Status and strategy conference with A. Idalski and P. Hall ████████ | .50 | 135.00 |
| 1/29/18 | KNC | Emails ████████████████ | .40 | 108.00 |
| 1/29/18 | PNH | Conference with A. Idalski and K. Church ████████ | .50 | 187.50 |
| 2/02/18 | KNC | Review ████████████████ | 1.40 | 378.00 |
| 2/02/18 | KNC | Prepare exhibit list for contempt hearing. | .70 | 189.00 |
| 2/02/18 | KNC | Strategy emails with P. Hall ████████ | .30 | 81.00 |
| 2/02/18 | KNC | Prepare witness list for contempt hearing. | .40 | 108.00 |
| 2/02/18 | PNH | Review and revise witness list and exhibit list for contempt hearing | .50 | 187.50 |
| 2/06/18 | KNC | Status and strategy conference with A. Idalski and P. Hall ████████ | .50 | 135.00 |
| 2/06/18 | KNC | Prepare ████████████ | 1.10 | 297.00 |
| 2/07/18 | KNC | Review local rules and judge's rules regarding hearings in preparation for contempt hearing. | .50 | 135.00 |
| 2/07/18 | KNC | Prepare ████████████ | 3.00 | 810.00 |
| 2/07/18 | KNC | Prepare exhibits for contempt hearing. | 1.00 | 270.00 |

3

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

Client.Matter: 140756 - 000008

February 28, 2018
Invoice #: 1700972
Annette A Idalski

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ███ | ███ | ███ | ██ | ██ |
| 2/07/18 | KNC | Compile ███ | .50 | 135.00 |
| 2/07/18 | KNC | Strategy conference with P. Hall ███ | .50 | 135.00 |
| 2/07/18 | KNC | Strategy conference with P. Hall ███ | .40 | 108.00 |
| 2/07/18 | KNC | Prepare ███ | .40 | 108.00 |
| 2/07/18 | KNC | Prepare ███ | .20 | 54.00 |
| 2/07/18 | KNC | Review exhibits for contempt hearing. | .40 | 108.00 |
| 2/07/18 | KNC | Strategy conference with P. Hall ███ | .40 | 108.00 |
| 2/07/18 | KNC | Prepare order of witnesses for contempt hearing for clerk. | .20 | 54.00 |
| 2/07/18 | KNC | Prepare ███ | 2.80 | 756.00 |
| 2/07/18 | PNH | Prepare for evidentiary hearing on Motion for Contempt Sanctions ███ | 8.30 | 3,112.50 |
| 2/08/18 | KNC | Prepare for contempt hearing. | 2.20 | 594.00 |
| 2/08/18 | KNC | Attend and assist P. Hall during contempt hearing. | 3.70 | 999.00 |
| 2/08/18 | PNH | Prepare for and conduct evidentiary hearing on Motion for Contempt; ███ | 12.50 | 4,687.50 |
| 2/09/18 | KNC | Review forensic protocol and respond to opposing counsel regarding the image of Rhoney's Lenovo. | .50 | 135.00 |
| 2/09/18 | KNC | Prepare and file transcript request for contempt hearing. | .30 | 81.00 |
| 2/09/18 | KNC | Call ███ | .20 | 54.00 |
| 2/09/18 | PNH | Correspondence with opposing counsel regarding copy of forensic image. | .50 | 187.50 |
| ███ | ███ | ███ | ██ | ██ |
| 2/12/18 | PNH | Conference with A. Idalski ███ | .30 | 112.50 |



## CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
### ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (7'13) 658-'1818

Employer ID:82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-'14'!0

March 28, 2018
Invoice #  1707626
Annette A Idalski

Stage 3 Separation, LLC
Attn: Fred Lausen
2000 Silber Road
Houston, TX  77055

---

# INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending
March 28, 2018:

**Client.Matter: 140756 - 000008**

RE:   Contempt Motion



CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

Client.Matter: 140756 - 000008

March 28, 2018
Invoice #: 1707626
Annette A Idalski

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/16/18 | KNC | Review ███████████████████████████████ . | .40 | 108.00 |
| 2/21/18 | AAI | Review Sur-reply and expert declaration regarding Lenovo desktop ██████████████████████████ | .70 | 297.50 |
| 2/21/18 | KNC | Review transcript from contempt hearing. | 1.60 | 432.00 |
| 2/21/18 | KNC | Review Rhoney's Sur-Reply to Stage 3's Motion for Contempt ████████████████████ | .70 | 189.00 |
| 2/21/18 | KNC | Call ██████████████████████ | .40 | 108.00 |
| 2/21/18 | KNC | Strategy conference ████████████████████ | .30 | 81.00 |
| 2/21/18 | KNC | Prepare letter ██████████████████████ | .60 | 162.00 |
| 2/21/18 | PNH | Review and analyze Supplement to Opposition to Motion for Contempt and Declaration of Rhoney's forensic expert; ██████████████████ | .80 | 300.00 |
| 2/22/18 | KNC | Strategy conference with P. Hall ██████████████ | .40 | 108.00 |
| 2/22/18 | KNC | Calls █████████████████████████████ | .50 | 135.00 |
| 2/22/18 | KNC | Prepare Motion for Leave to File Response to Rhoney's Sur-Reply to Stage 3's Motion for Contempt. | .50 | 135.00 |
| 2/22/18 | KNC | Call ████████████████████████ | .80 | 216.00 |
| 2/22/18 | KNC | Prepare ██████████████████████████ | 1.50 | 405.00 |
| 2/22/18 | KNC | Begin preparing Response to Rhoney's Sur-Reply to Stage 3's Motion for Contempt. | 2.40 | 648.00 |
| 2/22/18 | PNH | Conference with K. Church ████████████████ ███████████████ . | .30 | 112.50 |
| 2/23/18 | KNC | Call ██████████████████████████ | .30 | 81.00 |
| 2/23/18 | KNC | Conference with P. Hall ████████████████████████████████████ | .30 | 81.00 |
| 2/23/18 | KNC | Revise Motion for Leave to Respond to Rhoney's Sur-Reply | .30 | 81.00 |
| 2/23/18 | KNC | Revise Response to Rhoney's Sur-Reply ███████████ | 1.60 | 432.00 |
| 2/23/18 | KNC | Call ████████████████████████ | .80 | 216.00 |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

Client.Matter: 140756 - 000008

March 28, 2018
Invoice #: 1707626
Annette A Idalski

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/23/18 | KNC | Revise ███████████████████████████████ | .30 | 81.00 |
| 2/23/18 | KNC | Prepare exhibits for Stage 3's Response to Rhoney's Sur-Reply. | .30 | 81.00 |
| 2/23/18 | KNC | Finalize and file Motion for Leave to Respond to Rhoney's Sur-Reply and Response to Rhoney's Sur-Reply. | .50 | 135.00 |
| 2/23/18 | PNH | Review and revise Motion for Leave to Respond to Second Sur-Reply and Proposed Response. | 2.60 | 975.00 |
| 3/15/18 | KNC | Status and strategy conference with A. Idalski and P. Hall ██████████████████████████ | .40 | 108.00 |
| 3/27/18 | KNC | Status and strategy conference with A. Idalski and P. Hall ████████████████ | .30 | 81.00 |
| 3/27/18 | KNC | Call ████████████████████████████████ | .20 | 54.00 |
| 3/27/18 | KNC | Review Rhoney's Motion for Reconsideration regarding the Court's Order on Contempt | .40 | 108.00 |
| 3/27/18 | PNH | Review, analysis, and preparation of responsive arguments to Motion for Reconsideration of Contempt Order; prepare for hearing on contempt sanctions | 2.50 | 937.50 |
| 3/28/18 | KNC | Prepare statement to Court detailing sanctions to be imposed on Rhoney | 2.00 | 540.00 |
| 3/28/18 | KNC | Research and prepare Petition for Fees regarding Contempt | 2.00 | 540.00 |
| 3/28/18 | PNH | Prepare for and attend hearing on Contempt Sanctions and Motion for Reconsideration; review and revise statement on contempt sanctions and petition for attorneys' fees and costs | 4.00 | 1,500.00 |



# Exhibit B

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

Client.Matter: 140756 - 000008

February 28, 2018
Invoice #:  1700972
Annette A Idalski



## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 2/05/18 | Airfare - Atlanta, GA. - Houston, TX. for Contempt Hearing, Kelli N. Church, 2/5/2018 | 469.60 |
| 2/07/18 | Hotel - Houston, TX. for Kelli Church for contempt hearing, 2/5 -2/7/2018 | 707.26 |
| 2/07/18 | Hotel - Houston, TX. for Peter Hall for contempt hearing, 2/5 - 2/7/2018 | 943.02 |
| 2/05/18 | Uber fares (2/5 - 2/8/2018) Kelli N. Church, 2/5/2018 | 110.31 |
| 2/12/18 | Hearing transcript costs from February 8, 2018 (4:17-CV-3787), Gayle Dye Reporter, Inc., 2/12/2018 | 750.00 |

**Cost Report**

STAGE 3 SEPARATION LLC / Contempt Motion (140756-000008)

| Date | Description | Attorney | Orig Amt |
|------|-------------|----------|----------|
| ███ | ███ | ███ | ███ |
| 02/05/2018 | Taxi | PNH | 68.70 |



**Date of Purchase: Jan 22, 2018**

# Flight Receipt for Atlanta, GA to Houston-Bush Intercontl, TX

## PASSENGER INFORMATION

KELLI CHURCH

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| ATL>IAH<br>Mon 05Feb2018 DL 1929 | FLWN | Q | |
| IAH>ATL<br>Thu 08Feb2018 DL 54 | FLWN | L | |

## DETAILED CHARGES

**Air Transportation Charges**
Base Fare:                                                                          $410.23  USD

**Taxes, Fees & Charges:**
United States - September 11th Security Fee(Passenger
Civil Aviation Security Service Fee) (AY)                                            $11.20  USD
United States - Transportation Tax (US)                                             $30.77  USD
United States - Passenger Facility Charge (XF)                                       $9.00  USD
United States - Flight Segment Tax (ZP)                                             $8.40  USD

**Total Price:**                                                                    **$469.60  USD**

## KEY OF TERMS

# - Arrival date different than departure date
** - Check-in required
***- Multiple meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast

F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments, complimentary
S - Snack



**Date of Purchase: Feb 02, 2018**

# Flight Receipt for Atlanta, GA to Houston-Bush Intercontl, TX

## PASSENGER INFORMATION

PETER NATHANIEL HALL

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| ATL>IAH<br>Mon 05Feb2018 DL 976 | FLWN | Q | |
| IAH>ATL<br>Sat 10Feb2018 DL 1059 | FLWN | V | 25D |

## DETAILED CHARGES

**Air Transportation Charges**
Base Fare:                                                                   $259.53  USD

**Taxes, Fees & Charges:**
United States - September 11th Security Fee(Passenger
Civil Aviation Security Service Fee) (AY)                                     $11.20  USD
United States - Transportation Tax (US)                                       $19.47  USD
United States - Passenger Facility Charge (XF)                                 $9.00  USD
United States - Flight Segment Tax (ZP)                                        $8.40  USD

## KEY OF TERMS



\# - Arrival date different than departure date          F - Food available for purchase



**Date of Purchase: Mar 20, 2018**

# Flight Receipt for Atlanta, GA to Houston-Hobby, TX

## PASSENGER INFORMATION

PETER NATHANIEL HALL
SkyMiles Number: ▮▮▮▮▮▮



## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| ATL>HOU<br>Mon 26Mar2018 DL 1638 | FLWN | H | |
| HOU>ATL<br>Wed 28Mar2018 DL 1398 | OPEN | L | 25C |

## DETAILED CHARGES

**Air Transportation Charges**
Base Fare: $444.65 USD

**Taxes, Fees & Charges:**
United States - September 11th Security Fee(Passenger
Civil Aviation Security Service Fee) (AY) $11.20 USD
United States - Transportation Tax (US) $33.35 USD
United States - Passenger Facility Charge (XF) $9.00 USD
United States - Flight Segment Tax (ZP) $8.40 USD

| **Total Price:** | **$506.60 USD** |
|---|---|

## KEY OF TERMS

# - Arrival date different than departure date
** - Check-in required
***- Multiple meals

F - Food available for purchase
L - Lunch
LV - Departs

CHAMBERLAIN,  HRDLICKA, WHITE, WILLIAMS  & AUGHTRY

Client.Matter:  140756 - 000008

March 28, 2018
Invoice #:  1707626
Annette A Idalski

| Date | Description | Amount |
|------|-------------|--------|

| | | 594.36 |
| 3/26/18 | Hotel - Houston, TX. (3/26 – 3/27/2018), Peter N. Hall | |

**Walston, Lisa M.**

**Subject:**                FW: 4:17-CV-3787

**From:** dyegl@aol.com [mailto:dyegl@aol.com]
**Sent:** Monday, February 12, 2018 1:40 PM
**To:** Hall, Peter
**Subject:** 4:17-CV-3787

I am in receipt of your transcript order for the motion hearing from February 8, 2018, in the above-numbered case.  I will need a deposit check in the amount of $750.00 made payable to Gayle Dye Reporting, Inc., and delivered to 515 Rusk, Room 8004, Houston, Texas  77002.

thank you,

Gayle Dye, CSR, RMR, CRR
Official Court Reporter
515 Rusk, Room 8004
Houston, Texas  77002
713.250.5582

1

# Exhibit C



# PATHWAY FORENSICS

11111 Richmond Rd Ste 630
Houston, TX 77014
Ph: 713-401-3380  -  Fax: 832-565-9009
www.pathwayforensics.com

## INVOICE

| Total Invoice Amount | $16,930.17 |
|---|---|
| Invoice Date | 1/16/2018 |
| Invoice Number | 8763 |
| Payment Terms | Due  30 days from date of invoice. |

*Pathway offers a 2% prompt payment discount for invoices paid before the due date.  Should you take advantage of this offer your payment amount is:   $16,591.57  before   2/15/2018*

Invoice submitted to:

Matt Carlson
Stage 3 Separation, LLC
2000 Silber Road
Houston, TX 77055

| Client Matter | Case Manager | Retainer on File |
|---|---|---|
| 11574a Stage 3 | Rhoney | Graham, Chris | $0.00 |

For work performed through  12/31/2017

## *PROFESSIONAL SERVICES*

| DATE | DESCRIPTION | TAX | RATE | HOURS | /AMOUNT |
|---|---|---|---|---|---|
| 12/4/2017 | Travel Time: Travel to/from client requested destination | | $100.00 | 1.50 | $150.00 |
| 12/4/2017 | Collection - Forensic: Forensically imaged digital evidence | T | $185.00 | 0.50 | $92.50 |
| 12/4/2017 | Collection - Forensic: Forensically imaged digital evidence | T | $250.00 | 2.50 | $625.00 |
| 12/4/2017 | Case Management: Manage work conducted on the evidence | T | $250.00 | 1.50 | $375.00 |
| 12/5/2017 | Travel Time: Travel to/from client requested destination | | $100.00 | 1.50 | $150.00 |
| 12/5/2017 | Collection - Forensic: Forensically imaged digital evidence | T | $185.00 | 0.75 | $138.75 |
| 12/5/2017 | Collection - Forensic: Forensically imaged digital evidence | T | $250.00 | 3.50 | $875.00 |
| 12/5/2017 | Evidence Storage | T | $125.00 | 0.25 | $31.25 |
| 12/5/2017 | Forensic Review and Analysis, Report Generation | T | $250.00 | 2.50 | $625.00 |
| 12/6/2017 | Evidence Processing: Prepared digital evidence for analysis | T | $125.00 | 1.50 | $187.50 |
| 12/6/2017 | Evidence Processing: Prepared digital evidence for analysis | T | $125.00 | 0.25 | $31.25 |

**We accept payment by check, money order, wire transfer, MasterCard, Visa, Discover, Amex, and Paypal.**
*EIN 26-3116816          ~~          Licensed Texas Private Investigators A19498*

Pathway Forensics LLC

Page 2

Client Matter:  11574a Stage 3 | Rhoney
Invoice Number:  8763

| 12/6/2017 | Forensic Review and Analysis, Report Generation | T | $250.00 | 3.00 | $750.00 |
|---|---|---|---|---|---|
| 12/7/2017 | Evidence Processing: Prepared digital evidence for analysis | T | $125.00 | 1.50 | $187.50 |
| 12/7/2017 | Forensic Review and Analysis, Report Generation | T | $250.00 | 4.00 | $1,000.00 |
| 12/8/2017 | Forensic Review and Analysis, Report Generation | T | $250.00 | 4.00 | $1,000.00 |
| 12/11/2017 | Forensic Review and Analysis, Report Generation | T | $185.00 | 0.25 | $46.25 |
| 12/11/2017 | Forensic Review and Analysis, Report Generation | T | $250.00 | 4.25 | $1,062.50 |
| 12/12/2017 | Forensic Review and Analysis, Report Generation | T | $250.00 | 4.00 | $1,000.00 |
| 12/13/2017 | Expert Document: Draft/finalize affidavit, report, exhibits | T | $250.00 | 6.50 | $1,625.00 |
| 12/14/2017 | Forensic Review and Analysis, Report Generation | T | $250.00 | 1.50 | $375.00 |
| 12/14/2017 | Expert Document: Draft/finalize affidavit, report, exhibits | T | $250.00 | 2.50 | $625.00 |
| 12/15/2017 | Forensic Review and Analysis, Report Generation | T | $250.00 | 3.00 | $750.00 |
| 12/18/2017 | Expert Document: Draft/finalize affidavit, report, exhibits | T | $250.00 | 4.75 | $1,187.50 |
| 12/19/2017 | Evidence Processing: Prepared digital evidence for analysis | T | $125.00 | 0.25 | $31.25 |
| 12/19/2017 | Forensic Review and Analysis, Report Generation | T | $250.00 | 3.00 | $750.00 |
| 12/19/2017 | Case Management: Manage work conducted on the evidence | T | $250.00 | 1.00 | $250.00 |
| 12/20/2017 | Case Management: Manage work conducted on the evidence | T | $250.00 | 2.00 | $500.00 |
| 12/20/2017 | Evidence Disposition: Return and/or removal of evidence | T | $125.00 | 0.25 | $31.25 |
| 12/21/2017 | Forensic Review and Analysis, Report Generation | T | $250.00 | 2.50 | $625.00 |
| | Subtotal: | | | 64.50 | $15,077.50 |

**We accept payment by check, money order, wire transfer, MasterCard, Visa, Discover, Amex, and Paypal.**
*EIN 26-3116816        ~~        Licensed Texas Private Investigators A19498*

Pathway Forensics LLC

Client Matter:  11574a Stage 3 | Rhoney
Invoice Number:  8763

*EXPENSES*

| DATE | DESCRIPTION | TAX | QUANTITY | PRICE | AMOUNT |
|------|-------------|-----|----------|-------|--------|
| 12/19/2017 | Courier/Delivery: Picked up evidence | | 1 | $65.82 | $65.82 |
| 12/20/2017 | Forensic Imaging / Collections: Imaged one desktop (E004) | T | 1 | $500.00 | $500.00 |
| 12/20/2017 | Courier/Delivery: Returned evidence | | 1 | $26.46 | $26.46 |

| | | |
|---|---|---|
| Total expense charges: | | $592.28 |
| Subtotal: | 64.50 | $15,669.78 |
| TX Sales Tax @ 8.25% | | $1,260.39 |
| Total amount of this bill (USD): | | $16,930.17 |

**We accept payment by check, money order, wire transfer, MasterCard, Visa, Discover, Amex, and Paypal.**
*EIN 26-3116816        ~~        Licensed Texas Private Investigators A19498*

# PATHWAY FORENSICS

1400 Woodloch Road Ste 630
Houston, TX 77014
Ph: 713-401-3380 - Fax: 832-565-9009
www.pathwayforensics.com

## INVOICE

| | |
|---|---|
| **Total Invoice Amount** | $10,771.98 |
| Invoice Date | 2/13/2018 |
| Invoice Number | **8883** |
| Payment Terms | Due **30** days from date of invoice. |

*Pathway offers a 2% prompt payment discount for invoices paid before the due date. Should you take advantage of this offer your payment amount is:* **$10,556.54** *before* **3/15/2018**

**Invoice submitted to:**

Matt Carlson
Stage 3 Separation, LLC
2000 Silber Road
Houston, TX 77055

| Client Matter | Case Manager | Retainer on File |
|---|---|---|
| 11574a Stage 3 \| Rhoney | Graham, Chris | $0.00 |

**For work performed through  1/31/2018**

---

### *PROFESSIONAL SERVICES*

| DATE | DESCRIPTION | TAX | RATE | HOURS | /AMOUNT |
|---|---|---|---|---|---|
| 1/2/2018 | Case Management: Manage work conducted on the evidence | T | $250.00 | 0.50 | $125.00 |
| 1/3/2018 | Expert Document: Draft/finalize affidavit, report, exhibits | T | $250.00 | 3.25 | $812.50 |
| 1/4/2018 | Forensic Review and Analysis, Report Generation | T | $250.00 | 2.75 | $687.50 |
| 1/5/2018 | Evidence Processing: Prepared digital evidence for analysis | T | $125.00 | 0.75 | $93.75 |
| 1/5/2018 | Forensic Review and Analysis, Report Generation | T | $250.00 | 3.75 | $937.50 |
| 1/9/2018 | Litigation Support - Provide assistance | T | $250.00 | 2.00 | $500.00 |
| 1/10/2018 | Litigation Support - Provide assistance | T | $250.00 | 1.75 | $437.50 |
| 1/11/2018 | Case Management: Manage work conducted on the evidence | T | $250.00 | 0.25 | $62.50 |
| 1/11/2018 | Evidence Processing: Prepared digital evidence for analysis | T | $125.00 | 1.50 | $187.50 |
| 1/12/2018 | Evidence Processing: Prepared digital evidence for analysis | T | $125.00 | 1.00 | $125.00 |
| 1/16/2018 | Case Management: Manage work conducted on the evidence | T | $250.00 | 0.50 | $125.00 |

**We accept payment by check, money order, wire transfer, MasterCard, Visa, Discover, Amex, and Paypal.**

*EIN 26-3116816        ~~        Licensed Texas Private Investigators A19498*

Pathway Forensics LLC                                                                   Page   2

Client Matter: 11574a Stage 3 | Rhoney
Invoice Number:  8883

| Date | Description | Tax | Price | Hours | Amount |
|---|---|---|---|---|---|
| 1/16/2018 | Forensic Review and Analysis, Report Generation | T | $250.00 | 3.00 | $750.00 |
| 1/17/2018 | Case Management: Manage work conducted on the evidence | T | $250.00 | 1.00 | $250.00 |
| 1/17/2018 | Forensic Review and Analysis, Report Generation | T | $250.00 | 2.00 | $500.00 |
| 1/18/2018 | Case Management: Manage work conducted on the evidence | T | $250.00 | 0.50 | $125.00 |
| 1/18/2018 | Forensic Review and Analysis, Report Generation | T | $250.00 | 1.50 | $375.00 |
| 1/18/2018 | Evidence Processing: Prepared digital evidence for analysis | T | $125.00 | 0.25 | $31.25 |
| 1/18/2018 | Evidence Disposition: Return and/or removal of evidence | T | $125.00 | 0.50 | $62.50 |
| 1/22/2018 | Case Management: Manage work conducted on the evidence | T | $250.00 | 0.75 | $187.50 |
| 1/22/2018 | Client Meeting / Communication | T | $250.00 | 5.00 | $1,250.00 |
| 1/22/2018 | Travel Time: Travel to/from client requested destination | | $100.00 | 1.50 | $150.00 |
| 1/23/2018 | Expert Testimony: Prep or Time at trial/hearing/deposition | T | $250.00 | 2.00 | $500.00 |
| 1/23/2018 | Travel Time: Travel to/from client requested destination | | $100.00 | 1.50 | $150.00 |
| | Subtotal: | | | 37.50 | $8,425.00 |

**EXPENSES**

| DATE | DESCRIPTION | TAX | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1/18/2018 | Forensic Imaging / Collections: Imaged two tablets (E005, E006) | T | 2 | $750.00 | $1,500.00 |
| 1/18/2018 | Courier/Delivery: Returned evidence | | 1 | $26.46 | $26.46 |
| 1/18/2018 | Courier/Delivery: Picked up evidence | | 1 | $26.46 | $26.46 |
| | Total expense charges: | | | | $1,552.92 |
| | Subtotal: | | | 37.50 | $9,977.92 |
| | TX Sales Tax @ 8.25% | | | | $794.06 |
| | Total amount of this bill: | | | | $10,771.98 |

**We accept payment by check, money order, wire transfer, MasterCard, Visa, Discover, Amex, and Paypal.**
*EIN 26-3116816         ~~         Licensed Texas Private Investigators A19498*



# PATHWAY FORENSICS

13105 Northwest Fwy Ste 630
Houston, TX 77014
Ph: 713-401-3380  -  Fax: 832-565-9009
www.pathwayforensics.com

## INVOICE

| | |
|---|---|
| **Total Invoice Amount** | $5,069.77 |
| **Invoice Date** | 3/21/2018 |
| **Invoice Number** | 8982 |
| **Payment Terms** | Due  30 days from date of invoice. |

*Pathway offers a 2% prompt payment discount for invoices paid before the due date.  Should you take advantage of this offer your payment amount is:   $4,968.37   before   4/20/2018*

Invoice submitted to:

Matt Carlson
Stage 3 Separation, LLC
2000 Silber Road
Houston, TX 77055

| Client Matter | Case Manager | Retainer on File |
|---|---|---|
| 11574a Stage 3 | Rhoney | Graham, Chris | $0.00 |

For work performed through  2/28/2018

## *PROFESSIONAL SERVICES*

| DATE | DESCRIPTION | TAX | RATE | HOURS | /AMOUNT |
|---|---|---|---|---|---|
| 2/1/2018 | Forensic Review and Analysis, Report Generation | T | $250.00 | 0.50 | $125.00 |
| 2/7/2018 | Case Management: Manage work conducted on the evidence | T | $250.00 | 1.00 | $250.00 |
| 2/7/2018 | Client Meeting / Communication | T | $250.00 | 4.00 | $1,000.00 |
| 2/7/2018 | Travel Time: Travel to/from client requested destination | | $100.00 | 1.50 | $150.00 |
| 2/8/2018 | Expert Testimony: Prep or Time at trial/hearing/deposition | T | $250.00 | 4.50 | $1,125.00 |
| 2/8/2018 | Travel Time: Travel to/from client requested destination | | $100.00 | 1.50 | $150.00 |
| 2/9/2018 | Production: Export, preparation and delivery of data | T | $125.00 | 0.25 | $31.25 |
| 2/9/2018 | Case Management: Manage work conducted on the evidence | T | $250.00 | 0.50 | $125.00 |
| 2/21/2018 | Expert Document: Draft/finalize affidavit, report, exhibits | T | $250.00 | 2.00 | $500.00 |
| 2/22/2018 | Expert Document: Draft/finalize affidavit, report, exhibits | T | $250.00 | 3.00 | $750.00 |
| 2/23/2018 | Expert Document: Draft/finalize affidavit, report, exhibits | T | $250.00 | 2.00 | $500.00 |

**We accept payment by check, money order, wire transfer, MasterCard, Visa, Discover, Amex, and Paypal.**
*EIN 82-4375964        ~~        Licensed Texas Private Investigators A19498*

Pathway Forensics

Client Matter: 11574a Stage 3 | Rhoney
Invoice Number: 8982

| | | |
|---|---:|---:|
| Subtotal: | 20.75 | $4,706.25 |
| TX Sales Tax @ 8.25% | | $363.52 |
| Total amount of this bill: | | $5,069.77 |

# PATHWAY FORENSICS

17000 El Camino Real Ste 630
Houston, TX 77014
Ph: 713-401-3380 - Fax: 832-565-9009
www.pathwayforensics.com

## INVOICE

| | |
|---|---|
| Total Invoice Amount | $1,818.65 |
| Invoice Date | 3/28/2018 |
| Invoice Number | 8996 |
| Payment Terms | Due 30 days from date of invoice. |

*Pathway offers a 2% prompt payment discount for invoices paid before the due date. Should you take advantage of this offer your payment amount is:* $1,782.28 *before* 4/27/2018

Invoice submitted to:

Matt Carlson
Stage 3 Separation, LLC
2000 Silber Road
Houston, TX 77055

| Client Matter | Case Manager | Retainer on File |
|---|---|---|
| 11574a Stage 3 | Rhoney | Graham, Chris | $0.00 |

For work performed through 3/28/2018

## *PROFESSIONAL SERVICES*

| DATE | DESCRIPTION | TAX | RATE | HOURS | /AMOUNT |
|---|---|---|---|---|---|
| 3/16/2018 | Case Management: Manage work conducted on the evidence | T | $250.00 | 0.50 | $125.00 |
| 3/19/2018 | Case Management: Manage work conducted on the evidence | T | $250.00 | 0.50 | $125.00 |
| 3/20/2018 | Case Management: Manage work conducted on the evidence | T | $250.00 | 1.00 | $250.00 |
| 3/20/2018 | Evidence Processing: Prepared digital evidence for analysis | T | $125.00 | 0.25 | $31.25 |
| 3/21/2018 | Forensic Review and Analysis, Report Generation | T | $250.00 | 1.25 | $312.50 |
| 3/26/2018 | Evidence Disposition: Return and/or removal of evidence | T | $125.00 | 0.25 | $31.25 |
| | Subtotal: | | | 3.75 | $875.00 |

## *EXPENSES*

| DATE | DESCRIPTION | TAX | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3/20/2018 | Forensic Imaging / Collections: Imaged three thumb drives (E007 - E009) | T | 3 | $250.00 | $750.00 |
| 3/20/2018 | Courier/Delivery: Picked up evidence | | 1 | $37.23 | $37.23 |
| 3/26/2018 | Courier/Delivery: Returned evidence | | 1 | $22.35 | $22.35 |

**We accept payment by check, money order, wire transfer, MasterCard, Visa, Discover, Amex, and Paypal.**

*EIN 82-4375964 ~~ Licensed Texas Private Investigators A19498*

Pathways Forensics

Client Matter: 11574a Stage 3 | Rhoney
Invoice Number:  8996

|  |  |  |
|---|---|---|
| Total expense charges: | | $809.58 |
| Subtotal: | 3.75 | $1,684.58 |
| TX Sales Tax @ 8.25% | | $134.07 |
| Total amount of this bill: | | $1,818.65 |

**We accept payment by check, money order, wire transfer, MasterCard, Visa, Discover, Amex, and Paypal.**

*EIN 82-4375964        ~~        Licensed Texas Private Investigators A19498*