UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STAGE 3 SEPARATION, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3787 |
| | § | |
| SCOTT RHONEY, | § | |
| | § | |
| Defendant. | § | |

## ORDER FOR CONFINEMENT PENDING COMPLIANCE

The Court having previously found the defendant, Scott Rhoney, in contempt for failure to comply with the Court's *ex parte* temporary restraining order that addresses unauthorized access by the defendant on the plaintiff's computer network, the return of all computers belonging to the plaintiff, and the inspection and imaging of all devices that belonged to and/or were in possession of the defendant. *See* [DE#s 5 and 55]. The Court finds that although time to cure and thereby render the holding of contempt moot was provided, the defendant has yet to return a Stage 3 Laptop computer that has been identified in Stage 3's inventory as in the defendant's possession.

Therefore, the defendant, Scott Rhoney, is ORDERED detained by the U. S. Marshal for one-day and further until he turns over the Stage 3 Laptop computer identified in the record and Stage 3's inventory and fulfill his obligations to relinquish the license obtained by him that belongs to Stage 3 concerning Team Viewer program/system.

It is so ORDERED.

SIGNED on this 5th day of April, 2018.

_____
Kenneth M. Hoyt
United States District Judge